## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: November 22, 1999

CHRISTOPHER MERCIER, et al.

   Plaintiffs

v.

FIREWORKS BY GIRONE OF PR, et al.

   Defendants

CIVIL NO. 98-2409 (DRD)

**BY ORDER OF THE COURT**, the Initial Scheduling Conference not held on November 16, 1999 due to hurricane "Lenny" is re-scheduled for **January 14, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Harry Segarra, Esq.
Juan Rivas Rivera , Esq.
Vicente Santori Coll, Esq.
Anselmo Irizarry, Esq.

