UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Christopher Mercier et als       CIVIL NO. 98-2409 (DRD)

v.

Defendant(s) Fireworks by Surone of P.R., Inc et als

| MOTION | ORDER |
|---|---|
| Docket entry no. 18 | ☐ GRANTED. |
| Date: Dec 11/1999 | ☐ DENIED. |
| Title: Motion joining initial scheduling conference memorandum | ☐ MOOT. ☒ NOTED. |

RECEIVED AND FILED
99 DEC 21 AM 7:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: 12/17/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE