IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| CHRISTOPHER MERCIER, ET AL., | * | CIVIL NO. 98-2409(DRD) |
| Plaintiffs, | * | |
| v. | * | |
| FIREWORKS BY GIRONE OF PR, et al., | * | |
| Defendants. | * | |

## ORDER

The Plaintiff's has requested the rescheduling of the Initial Scheduling Conference to be held in January 14, 2000. The court grants said request and schedules the same for **January 26, 2000 at 5:30 p.m..** All the attorneys in the case have informed attorney Segarra that they are available for this date.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 12 day of January 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)