UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                     DATE: January 26, 2000

**CIVIL NO. 98-2409 (DRD)**

LAW CLERK: Karen A. Rivera-Turner

===================================================================

| | | |
|---|---|---|
| CHISTOPHER MERCIER et al | Attorneys: | Harry R. Segarra |
| Plaintiffs | | |
| v. | | |
| FIREWORKS BY GIRONE OF PR et al | | Anselmo Irizarry for Admiral Insurance Co; |
| Defendants | | Luis M. Ortega in substitution of Vicente Santori Coll for CNA International Reinsurance Co.; |
| | | Juan Ramón Rivas for Fireworks by Girone of PR |

===================================================================

SETTLEMENT CONFERENCE was held today. Parties informed the Court that no settlement has been reached. Fireworks is looking for evidence of assumption of risk, preexisting injury and causation before a settlement offer can be made.

The Court expects the parties to continue exploring settlement options. In the meantime, informal discovery must be conducted. **Further settlement conference** scheduled for **April 19, 2000, at 4:30 p.m.**

_____
LAW CLERK

s/c: Counsel of record
N:\MINUTES\98-2409 mem