UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: April 19, 2000

**CIVIL NO. 98-2409 (DRD)**

LAW CLERK: Karen A. Rivera-Turner

===============================================================

| | | |
|---|---|---|
| CHISTOPHER MERCIER et al | Attorneys: | Harry R. Segarra |
| Plaintiffs | | |
| v. | | |
| FIREWORKS BY GIRONE OF PR et al | | Anselmo Irizarry for Admiral Insurance Co; |
| Defendants | | Luis M. Ortega in substitution of Vicente Santori Coll for Underwriters at Lloyds and CNA International Reinsurance Co.; |
| | | Juan Ramón Rivas for Fireworks by Girone of PR |

===============================================================

FURTHER SETTLEMENT CONFERENCE was held today. Parties informed the Court that no settlement has been reached.

Counsel for Admiral requested Plaintiffs to desist against Admiral as Fireworks' primary insurance will cover the totality of Plaintiffs' claims. Counsel for Plaintiffs informed that he would request authorization to do so from his clients.

Counsel for Lloyds informed that an offer of settlement had not been made at this time for lack of proper documentation. A reading of those documents already produced by Plaintiffs suggests that Plaintiff Christopher Mercier's impossibility to continue swimming was due to a preexisting shoulder injury. Counsel for Plaintiff informed that there are no additional documents to be produced but that Defendants' reading of the medical records is erroneous. Without Plaintiff's leg

injury, Plaintiff would still be able to swim. It was the leg injury which exacerbated Plaintiff's shoulder injury. Notwithstanding, Counsel for Plaintiffs invites all counsel to meet with him to further discuss settlement options.

Given that no settlement has been reached, discovery must continue. The Court grants **ninety (90) days** to complete **all** discovery. Plaintiffs must come to Puerto Rico to be deposed and, if necessary, to be subjected to reasonable medical evaluation.

**Pretrial is scheduled for August 17, 2000, at 5:00 p.m.**

*[signature]*
LAW CLERK

s/c: Counsel of record
N:\MINUTES\98-2409b mem