## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: August 17, 2000

CHRISTOPHER MERCIER, et al.

   Plaintiffs

v.

FIREWORKS BY GIRONE OF PR, et al.

   Defendants

**CIVIL NO. 98-2409 (DRD)**

BY ORDER OF THE COURT, the Pretrial Conference scheduled for today is re-set for **August 28, 2000 at 3:30 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

PARTIES NOTIFIED BY TELEPHONE & FAX/MAIL:

Harry Segarra, Esq. (personally)
Juan Rivas-Rivera, Esq. (secretary Daisy Negrón)
Vicente Santori Coll, Esq. (personally)
Anselmo Irizarry, Esq. (through his secretary)