UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**  DATE: August 28, 2000

CIVIL NO. 98-2409 (DRD)

COURTROOM DEPUTY:  Janet **GONZALEZ**

===================================================================

| CHRISTOPHER MERCIER, et al. | Attorneys: Harry SEGARRA |
|---|---|
| Plaintiffs | |
| v. | |
| FIREWORKS BY GIRONE OF PR | Juan RIVAS-RIVERA |
|  | Luis ORTEGA |
| Defendants | Anselmo IRIZARRY |

===================================================================

**PRETRIAL/SETTLEMENT CONFERENCE** is held in chambers. The parties state their settlement positions.

At the Court's recommendation, defendant made a new settlement offer during this conference and counsel for plaintiff will meet with his clients to convey this new offer.

A further Settlement Conference will be held **via telephone** on **September 8, 2000 at 5:00 P.M.**

```
_____
    COURTROOM DEPUTY
```

s/c: Counsel of record

