UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**            DATE: March 29, 2001
**CIVIL NO. 98-2409 (DRD)**
LAW CLERK: Frances del Toro

===========================================================================

**CHRISTOPHER MERCIER, et al.,**            Attorneys: Harry R. SEGARRA
    Plaintiff,
v.
**FIREWORKS BY GIRONE OF**                  Anselmo IRIZARRY
**PUERTO RICO, et al.,**                    Luis ORTEGA
    Defendants.                          Juan RIVAS-RIVERA

===========================================================================

    A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court set the following case management deadlines:

(1) Plaintiffs are granted **thirty (30) days** to provide defendants with medical records relating to plaintiffs' pre-exiting injuries;

(2) Should plaintiffs fail to produce the medical records, defendants are to file a Motion to Dismiss by **April 30, 2001**.

(3) Defendants are to comply with Fed.R. Civ.P. 26 and provide plaintiffs with their expert witness reports- **fifteen (15) days** after completion of Step (1);

(4) Regarding defendant's Motion Withdrawing Appearance (Docket No. 32), plaintiffs' counsel are granted **five (5) days** to confer with his client the issues presented in the motion. Plaintiffs are forewarned that if they do not inform the Court as to their position regarding said motion within the allocated time, the motion will be granted by the Court.

    Additionally, the Court adjudicated the following Docket Numbers:

Docket No. 34: **MOOT**

Docket No. 35: **NOTED**

Docket No. 37: **GRANTED**. The fee proposed by plaintiffs for their expert, Dr. Eduardo Amy, is found to be unreasonable by the Court. Therefore, the Court reduces Dr. Amy's fees to $150.00/per hour for the first three hours; and $200.00/per hour after the first three hours. The fees include one hour for trial preparation and an additional hour for the taking of depositions.

Docket No. 38: **DENIED**. However, as stated above, defendant are granted fifteen (15) days

after the acquisition of medical records to comply with Fed.R.Civ.P. 26 for experts.  Therefore, the motion is **denied without prejudice**.

    A Pretrial conference is set for **May 15, 2001 at 4:30 p.m.**  Trial is set to commence on **July 9, 2001 at 9:00 a.m.  No extensions shall be granted.**  All deadlines are **FINAL** and **FATAL**.

P:\MINUTES\00-1263b

                              **DANIEL R. DOMINGUEZ**
                              **U.S. DISTRICT JUDGE**