UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHRISTOPHER MERCIER, et al.,
Plaintiffs,

v.  Case Number: 98-2409(DRD)

FIREWORKS BY GIRONE OF
PUERTO RICO, INC., et al.,
Defendants.

JUDGMENT

Pursuant to the Order issued by the Court on this same date, the Court hereby **DISMISSES WITHOUT PREJUDICE** plaintiffs' claims against co-defendant Underwriters at Lloyd's.

**IT IS SO ADJUDGED AND DECREED.**

May 3
~~April~~ ___, 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE