# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
Scheduled Time:04:30
Starting Time: 04:35
Ending Time: 6:15
```

MINUTES OF PROCEEDINGS

**HONORABLE DANIEL R. DOMINGUEZ**            DATE: 05-15-2001

COURTROOM DEPUTY: REBECCA **AGOSTINI**            **CV. NO: 98-2409  (DRD)**

==================================================================

Attorneys:

**CHRISTOPHER MERCIER, ET. AL.**            HARRY R. SEGARRA

v.

**FIREWORKS BY GIRONE OF PUERTO**            ANSELMO IRIZARRY
**RICO, ET. AL.**            VICENTE SANTORI
            JUAN RIVAS RIVERA

==================================================================

PRETRIAL CONFERENCE IS HELD IN CHAMBERS.  After evaluating the case management deadlines . . . such as:   Plaintiffs' thirty (30) period to provide defendants with medical records, defendants' failure to file Motion to Dismiss if plaintiffs failed to produce the medical records, failure to comply with Fed.R. Civ.P. 26, and failure to provide plaintiffs with their expert witness report, etc., the Court finds that plaintiffs and several defendants, excluding Admiral Insurance, have not fully complied with the Court's Orders.  Since the Court has determined that the parties have been equally culpable for the non-compliance, no actions will be taken at this time.  From now on, any other failure to comply with orders and/or deadlines set by the Court, counsel will be severally sanctioned. Defendants' Motion to Dismiss is now denied.   Parties are urged to get together and engage in settlement negotiations.  Two weeks are granted for this purpose. Parties are ordered to come back on May 29th, 2001, at 4:30 p.m., to inform the Court of

CV. 98-2409 (DRD)                              -2-

their efforts.    Furthermore, parties are fully advised that if an agreement is not reached,

they have to come prepared with a list of those matters that are still pending in this case;

by no means this will change in any way or fashion the trial setting of July 9th, 2001.

Rebecca Agostini
Courtroom Deputy Clerk

s/copy: counsel of record, Jury Clerk, Deputy Clerk.