UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Christopher Muuin, et al.*   CIVIL NO. 98-2409 (DRD)

v.

Defendant(s) *Fireworks by Fione of P.R., Inc., et al.*

| MOTION | ORDER |
|---|---|
| Docket entry no. 53 | ☐ GRANTED. |
| Date: May /29 / 2001. | ☑ DENIED. |
| Title: Motion Requesting Transference of Hearing | ☐ MOOT. |
|  | ☐ NOTED. |

The case is rescheduled to go to trial except that the case of U.S.A. v. Fireworks Trust 97-142 is an older case that has preference and that that case is also set for trial on this same date.

IT IS SO ORDERED.

Date: 6 /28/ 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE