# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: June 28, 2001

**CIVIL NO. 98-2409 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

==================================================================

CHRISTOPHER MERCIER, et al.                    Attorneys: Harry SEGARRA

Plaintiffs

v.

FIREWORKS BY GIRONE OF PR                      Juan RIVAS-RIVERA
                                               Luis SANTORI-COLL
Defendants                                     Anselmo IRIZARRY
==================================================================

**FURTHER PRETRIAL/SETTLEMENT CONFERENCE** is held in chambers. Although the parties are closer as to settlement, they still cannot reach an agreement.

Potential jury instructions by the plaintiff have been received, no other have been filed. The Court requests the parties to submit a short paragraph to be read to the jury as to what the case is about.

Although this case is set for trial on July 9, 2001, the parties are instructed to call on July 2, 2001 and verify if case will go as set because there is an older case, Civil No. 97-1442 also set for the same date. Further, the Court also has set a Criminal Case 99-139 set for July 12, 2001.

_____
COURTROOM DEPUTY

s/c: Counsel of record