UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CHRISTOPHER MERCIER, et al.,**
**Plaintiffs,**

v.                                                                              Case Number: 98-2409(DRD)

**FIREWORKS BY GIRONE OF**
**PUERTO RICO, INC., et al.,**
**Defendants.**

### ORDER

    Harry Segarra, counsel for plaintiff and Vicente Santori, counsel for co-defendant CNA International Reinsurance Co., informed the Court via telephone that a settlement was reached by the parties in this case. Accordingly, the Court grants the parties ten (10) days to file all pertinent settlement related documentation.
    IT IS SO ORDERED.

July 09, 2001                                                              **DANIEL R. DOMINGUEZ**
                                                                     U.S. District Judge