IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CHRISTOPHER MERCIER, ET AL | CIVIL NO. 98-2409 (DRD) |
| Plaintiffs | |
| VS. | RE: PLAINTIFFS DEMAND TRIAL BY JURY |
| FIREWORKS BY GIRONE OF PR, INC., ET AL | |
| Defendants | |

## *JUDGMENT*

A Stipulation for Settlement having been filed before this Court by the parties to this action, it is ORDERED and ADJUDGED that plaintiffs have judgment in the total sum of **EIGHTY THOUSAND DOLLARS ($80,000.00)**, as follows:

a) **$60,000.00** to plaintiff Christopher Mercier.

b) **$10,000.00** to plaintiff Kenneth Mercier.

c) **$10,000.00** to plaintiff Sheryl Mercier.

Defendants Fireworks By Girone of Puerto Rico, Inc. and CNA International Reinsurance Company will pay the sum of $70,000.00 of the aforesaid total amount of judgment and defendant Admiral Insurance Company will pay the balance of $10,000.00.

Plaintiffs accept the aforesaid settlement sums in full satisfaction of all claims and damages (past, present and future) related to the facts alleged in the Complaint.

2

*This judgment will be considered as final on the same date of its entry, the parties to this action having waived all rights to appeal the same.*

*In San Juan, Puerto Rico, on this 22 day of ~~July~~ August, 2001.*

---
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE